THE STATE EX REL. IAFELICE, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Iafelice v. Indus.
Comm.* (1998), 83 Ohio St.3d 331.]

(No. 96–37—Submitted August 19, 1998—Decided October 7, 1998.)

*Alan I. Goodman,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant
Attorney General, for appellee Industrial Commission.

*Licata & Crosby Co., L.P.A., Elizabeth A. Crosby* and *Terence K. O'Brien,* for
appellee Owner's Management Co.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent.